IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

AUG 28 1998

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CRISTOBAL BENAVIDEZ | § |
| | § |
| VS. | § CIVIL CASE NO. |
| | § M-97-CV-118 |
| UNITED STATES OF AMERICA | § |

United States District Court
Southern District of Texas
ENTERED

SEP - 1 1998

Michael N. Milby
Clerk of Court

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION and DISMISSING PETITION and DENYING BENAVIDEZ'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is of the opinion of this Court that the Magistrate Judge's Report and Recommendation of March 4, 1998 be adopted and that Benavidez's Motion to Vacate, Set Aside, or Correct Sentence be DENIED. Furthermore, it is of the opinion of this Court that the Government's Motion to Dismiss be GRANTED. The above action constitutes an effective dismissal of this case.

DONE this 28th of August, 1998, in Brownsville, Texas.

Filemon B. Vela
United States District Court Judge